IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KENNETH WILLIFORD, #229597, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 3:08cv756-TMH |
| ) | (WO) |
| STATE OF ALABAMA, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## **ORDER**

After an independent review of the file in this case, it is the ORDER, JUDGMENT, and DECREE of the court that:

1. The petitioner's objections (Doc. No. 19) to the Recommendation of the Magistrate Judge are OVERRULED;

2. The Recommendation of the Magistrate Judge (Doc. No. 16) filed on March 1, 2011, is ADOPTED.

3. The petition for habeas corpus relief filed by the petitioner is DENIED and this case is DISMISSED with prejudice.

Done this the 23rd day of September, 2011.

/s/ Truman M. Hobbs
SENIOR UNITED STATES DISTRICT JUDGE